IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAKOTA OLIPHANT, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT CORPORATION, a Kansas Corporation, and SPRINT/UNITED MANAGEMENT COMPANY, a Kansas Corporation,<br><br>Defendants. | 8:18-CV-353<br><br><br>ORDER<br>NUNC PRO TUNC |

This matter is before the Court on the Magistrate Judge's findings and recommendation (filing 45) with respect to the plaintiff's motion for conditional class certification (filing 23) and to produce and for approval of notice (filing 24). No objection has been lodged to the findings and recommendation, and the failure to object eliminates any need for review by the Court. *Thomas v. Arn*, 474 U.S. 140, 149-51 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009). Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 45) are adopted.

2. Plaintiff's motion for conditional class certification (filing 23) and motion to produce and for approval of notice (filing 24)

are granted in part and in part denied, for the following defined class for collective action:

> All persons who worked as an Operations Specialist, or other hourly employees with similar job duties, who were or are now employed by Sprint in Nebraska, Iowa or Minnesota from three years from this date.

3. On or before May 28, 2019, the defendants shall produce to the plaintiff the list of names of those persons, along with their last known home addresses and email addresses, all in a workable electronic format for mailing purposes.

4. The plaintiff's proposed notice (filing 26-3) and consent form (filing 26-4), after revising the collective action definition, are authorized for mailing to all potential opt-in plaintiffs.

Dated this 20th day of May, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge