IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAKOTA OLIPHANT, on behalf of himself and others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT CORPORATION, a Kansas Corporation; and SPRINT/UNITED MANAGEMENT COMPANY, a Kansas Corporation;<br><br>Defendants. | 8:18CV353<br><br>AMENDED POST-CONDITIONAL CERTIFICATION DISCOVERY PLAN AND CASE PROGRESSION ORDER |

A telephonic hearing was held with counsel for the parties on April 20, 2020, on the parties' Joint Motion to Extend Deadlines (Filing No. 98). In accordance with the matters discussed during the conference,

**IT IS ORDERED** that the parties' Joint Motion to Extend Deadlines (Filing No. 98) is granted, in part, and the Post-Conditional Certification Discovery Plan and Case Progression Order is amended as follows:

1. **Discovery Deadline:** Additional discovery shall be completed on or before **October 2, 2020**.

2. Motions to compel discovery under Rules 33, 34, 36 and 45 must be filed by **October 16, 2020**. **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.[1]

3. **Expert Deadline:** The parties shall disclose any experts pursuant to Fed. R. Civ. P. 26(a)(2) and produce any expert reports according to the following timeline:

   a. Plaintiffs: Identification and Report by **October 2, 2020.**

   b. Sprint: Identification and Report by **November 2, 2020.**

   c. All expert-related discovery to be completed by **December 4, 2020**.

---

[1] See the Nebraska magistrate judges' practices posted at the court's Civil Case Management website page.

4. **Dispositive Motions/Final Certification:** The deadline to file dispositive motions and motions concerning the final certification of the FLSA collective is **December 4, 2020**.

5. The parties shall notify the undersigned magistrate judge once they have scheduled mediation and shall advise the Court of the outcome of mediation within 7-days after it takes place.

6. All other provisions of the original Post-Conditional Certification Discovery Plan and Case Progression Order remain in place.

Dated this 20th day of April, 2020.

BY THE COURT:

Michael D. Nelson
United States Magistrate Judge